# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00658-CV

### A. B. and J. H., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 284,960-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal is due to be filed on October 13, 2017. By request to this Court dated October 11, 2017, Teresa Alexander requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Teresa Alexander is hereby ordered to file the reporter's record in this case on or before October 23, 2017. If the record is not filed by that date, Alexander may be required to show cause why she should not be held in contempt of court.

It is ordered on October 12, 2017

Before Chief Justice Rose, Justices Pemberton and Goodwin